THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BAR T TIMBER, INC., <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC FIBRE PRODUCTS; and WEYERHAEUSER NR COMPANY, <br><br> Defendants. | NO. 3:13-cv-05801 RBL <br><br> ORDER ON MOTION FOR PROTECTIVE ORDER |

**THIS MATTER** comes before the Court upon Defendant Weyerhaeuser NR Company's ("Weyerhaeuser") Motion for Protective Order (the "Motion"). The Court having considered the Motion, the Declarations of L. Clay Selby and Conrad J. Smucker filed in support thereof, responsive pleadings thereto, and the pleadings and records previously filed herein, hereby finds that plaintiff has not established the criteria set forth in *Shelton v. American Motors Corp.,* 805 F.2d 1323 (8th Cir. 1986), and therefore, plaintiff is not entitled to depose defendant Weyerhaeuser's attorneys. Therefore, the Court being otherwise fully apprised, it is hereby

**ORDERED, ADJUDGED, and DECREED** that Defendant Weyerhaeuser NR Company's Motion is **GRANTED** in its entirety; and it is further

PROTECTIVE ORDER - 1

Case No. 3:13-cv-05801 RBL

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**

EISENHOWER CARLSON PLLC
Attorneys at Law
1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, WA 98402
T: 253-572-4500
F: 253-272-5732
www.eisenhowerlaw.com

1     **ORDERED, ADJUDGED, and DECREED** that plaintiff is prohibited from deposing

2 Weyerhaeuser's Chief Competition Counsel, Conrad J. Smucker.

4     DATED this 9th day of July, 2014.

                               *[signature]*

                               RONALD B. LEIGHTON
                               UNITED STATES DISTRICT JUDGE

PROTECTIVE ORDER - 2

Case No. 3:13-cv-05801 RBL

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**



EISENHOWER CARLSON PLLC
Attorneys at Law
1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, WA 98402
T: 253-572-4500
F: 253-272-5732
www.eisenhowerlaw.com